**LAW OFFICES OF CHARLES U. ODIASE**
Charles U. Odiase, California Bar No. 212671
816 S. Broadway
Los Angeles, California 90014
Telephone:  (213) 437-2124
Facsimile:   (213) 437-2127

Plaintiff, In pro per

**BRYAN CAVE LLP**
Glenn J. Plattner, California Bar No. 137454
Joshua Chao, California Bar No. 249691
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:  (310) 576-2100
Facsimile:   (310) 576-2200
E-Mail:      glenn.plattner@bryancave.com
             chaoj@bryancave.com

Attorneys for Defendant
BAC Home Loans Servicing, LP

**REMAND/MADE JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES U. ODIASE,<br><br>              Plaintiff,<br><br>       vs.<br><br>BAC HOME LOANS SERVICING LP; and DOES 1 – 20,<br><br>              Defendants. | Case No. CV 12-01870 GW (PJWx)<br><br>Hon. George H. Wu<br><br>[Los Angeles Superior Court Case No. BC471961]<br><br>**ORDER TO REMAND; PLACE PLAINTIFF'S MOTION OFF CALENDAR; AND RE: PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date Action Filed: October 20, 2011<br>Trial Date:          None Set |

SM01DOCS\897581.1

Having reviewed the Joint Stipulation of Plaintiff Charles U. Odiase and Defendant BAC Home Loans Servicing, LP and good cause appearing, IT IS ORDERED THAT:

1. This action be remanded to the Superior Court for the County of Los Angeles, each party to bear its own attorneys' fees and costs with respect to the issue of jurisdiction and remand;

2. Plaintiff's Motion for Leave to File First Amended Complaint, presently set to be heard on April 16, 2012, be removed from the above-referenced Court's calendar;

3. The First Amended Complaint, lodged by Plaintiff concurrently with his Motion for Leave to File First Amended Complaint, be considered the operative pleading in this case, and

4. Defendant shall have thirty days from the date of the Notice of Remand filed in Los Angeles Superior Court to respond to Plaintiff's First Amended Complaint

Dated: April 16, 2012          _____
                                United States District Judge
                                George H. Wu